IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SANDRA GOODMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: CV-07-1200-RRA |
| ) | |
| YAMAHA MOTOR CO., Ltd, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW De Martenson of the law firm of HUIE, FERNAMBUCQ & STEWART, LLP and enters his appearance as additional counsel for Defendants Yamaha Motor Co., LTD., Yamaha Motor Corporation, U.S.A. and Yamaha Motor Manufacturing Corporation of America ("Yamaha Defendants").

Respectfully submitted,

s/De Martenton
De Martenson
David L. Brown, Jr.
J. Patrick Strubel
Attorneys for the Yamaha Defendants
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
dm@hfsllp.com
dlb@hfsllp.com
jps@hfsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26nd day of May, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

James B. Carlson
CHRISTIAN & SMALL, LLP
505 20th Street North
Suite 1800 Financial Center
Birmingham, Alabama 35203

W. Lee Pittman
C. Carter Clay
PITTMAN, DUTTON,
KIRBY & HELLUMS, P.C.
2001 Park Place, Suite 1100
Birmingham, Alabama 35203

s/De Martenson
OF COUNSEL
